

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00136-CV

**ROBERT MATHIS,**

**Appellant**

 **v.**

**TXTAG,**

**Appellee**

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 22-001852-CV-361**

## MEMORANDUM OPINION

The Clerk of this Court notified the parties in an October 31, 2023 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days of the date of the letter. No response has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed December 21, 2023
[CV06]

